### Ronald I. NANCE, Plaintiff—Appellant,

v.

### John POTTER, Postmaster General, United States Postal Service, Defendant—Appellee.

### No. 02–2266.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 26, 2003.

Decided March 2, 2004.

Romallus O. Murphy, Greensboro, North Carolina, for Appellant. Anna Mills Wagoner, United States Attorney, Lynne P. Klauer, Assistant United States Attorney, Greensboro, North Carolina; Eric J. Scharf, Stephan J. Boardman, United States Postal Service, Washington, D.C., for Appellee.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ronald I. Nance appeals from the district court's order awarding summary judgment to the Postal Service on his employment discrimination complaint. Our review of the record, the parties' briefs, and the district court's opinion discloses no reversible error. The doctrine of res judicata bars the only claim Nance advances on appeal—a claim of Rehabilitation Act discrimination. Accordingly, we affirm on the reasoning of the district court. *Nance v. Potter,* No. CA–01–1083–1, 225 F.Supp.2d 638 (M.D.N.C. Oct. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*